1  LAWRENCE D. ROHLFING
   ATTORNEY AT LAW 119433
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                   **WESTERN DIVISON**

10

11 MARIA J. CORREA,                    ) Case No. CV 07-06553 (CW)
                                       )
12            Plaintiff,               ) ORDER DISMISSING CASE WITH
       vs.                             ) PREJUDICE
13                                     )
   MICHAEL J. ASTRUE,                  )
14 COMMISSIONER SOCIAL                 )
   SECURITY,                           )
15                                     )
              Defendant                )
16 _____)

17     Based upon the parties' Stipulation to Dismissal With Prejudice

18 ("Stipulation"),

19     **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

20 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

21 prejudice. Each party shall bear his/her own costs and expenses, including but not

22 limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

23 DATED: ___May 15, 2008_____

24

25                         ____/S/ Carla M. Woehrle_____
                           UNITED STATES MAGISTRATE JUDGE
26

                                    -1-