1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11

12  MARIA J. CORREA,                  )    No. 07-6553 (CW)
                                      )
13              Plaintiff,            )    JUDGMENT
            v.                        )
14                                    )
    MICHAEL J. ASTRUE,                )
15  Commissioner, Social Security    )
    Administration,                   )
16                                    )
                Defendant.            )
17  _____)

18

19      **IT IS ADJUDGED** that this action is dismissed with prejudice.

20

21  DATED: May 15, 2008

22

23                              _____/S/_____
                                     CARLA M. WOEHRLE
24                              United States Magistrate Judge

25

26

27

28